```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

WANDA TOYE                                              PLAINTIFF

    v.               Case No. 6:08-CV-06096-RTD

THE KROGER CO.                                          DEFENDANT

### **O R D E R**

NOW on this 16th day of July, 2010, there comes on for consideration the above-styled cause. IT APPEARING to the Court that the matter has been settled, counsel for the parties having so advised the Court, it is ORDERED that Plaintiff's Complaint is dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order. The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

                                                      */s/ Robert T. Dawson*
                                                      **HONORABLE ROBERT T. DAWSON**
                                                      **UNITED STATES DISTRICT JUDGE**